AO 245D (Rev. 11/16)    Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## Western District of Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| JAIME VILLAREAL | Case No.    2:12CR20043-006 |
| | USM No.    09960-010 |
| | James B. Pierce |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)   1 - 9   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Mandatory Condition No. 3:  Unlawful Use of a Controlled Substance | December 5, 2023 |
| 2 | Mandatory Condition No. 3:  Unlawful Use of a Controlled Substance | December 11, 2023 |
| 3 | Mandatory Condition No. 3:  Unlawful Use of a Controlled Substance | January 4, 2024 |
| 4 | Mandatory Condition No. 3:  Unlawful Use of a Controlled Substance | January 9, 2024 |
| 5 | Mandatory Condition No. 3:  Unlawful Use of a Controlled Substance | January 18, 2024 |
| 6 | Mandatory Condition No. 3:  Unlawful Use of a Controlled Substance | March 7, 2024 |
| 7 | Mandatory Condition No. 3:  Unlawful Use of a Controlled Substance | March 27, 2024 |
| 8 | Mandatory Condition No. 3:  Unlawful Use of a Controlled Substance | April 1, 2024 |
| 9 | Mandatory Condition No. 3:  Unlawful Use of a Controlled Substance | April 8, 2024 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ Upon motion of the Government, the Court dismissed condition(s) _____ and the defendant is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Last Four Digits of Defendant's Soc. Sec. No.:   3890 | June 13, 2024 |
| | Date of Imposition of Judgment |
| Defendant's Year of Birth:    1983 | |
| | /s/ P.K. Holmes, III |
| City and State of Defendant's Residence: | Signature of Judge |
| Waldron, Arkansas | |
| | Honorable P.K. Holmes, III, United States District Judge |
| | Name and Title of Judge |
| | |
| | June 14, 2024 |
| | Date |

AO 245D (Rev. 11/16)    Judgment in a Criminal Case for Revocations

Judgment — Page 2 of 2

DEFENDANT: JAIME VILLAREAL
CASE NUMBER: 2:12CR20043-006

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **nine (9) months. There is no term of supervised release to follow.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL